IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NYCOMED GmbH and WYETH<br><br>    Plaintiffs,<br><br>v.<br><br>APOTEX Inc.<br><br>    Defendant. | CIVIL ACTION NO._____ |

## **LOCAL RULE LR3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule LR3.2, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nycomed GmbH and Wyeth, each of which is a non-governmental corporate party, certifies that (1) Nycomed GmbH is a wholly owned subsidiary of Nycomed Germany Holding GmbH, which is a wholly owned subsidiary of Nycomed Danmark ApS, and there is no public entity that owns more than 5% of Nycomed Danmark ApS, and (2) there is no public entity that owns more than 5% of Wyeth.

Dated: August 14, 2009          /s/ James B. Coughlan

James B. Coughlan (6201004)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th floor
Chicago, IL 60606
Phone: (312) 499-6018
Facsimile: (312) 499-6100

Joseph M. O'Malley, Jr. *(Pro Hac to be Filed)*
Bruce M. Wexler *(Pro Hac to be Filed)*
Eric W. Dittmann *(Pro Hac to be Filed)*
Isaac S. Ashkenazi *(Pro Hac to be Filed)*
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
Phone:  (212) 318-6000
Facsimile:  (212) 319-4090

William F. Lee *(Pro Hac to be Filed)*
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Phone:  (617) 526-6000
Facsimile:  (617) 526-5000

William G. McElwain *(Pro Hac to be Filed)*
Amy Kreiger Wigmore *(Pro Hac to be Filed)*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Plaintiffs*
*Nycomed GmbH and Wyeth*